IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SHEILA BLANCHETT,

    Plaintiff,

VS.                                                                      No. 05-1200-T

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Defendant Metropolitan Life Insurance Company has moved the court for permission for Joel T. Galanter to participate pro hac vice this action. Mr. Galanter is a member in good standing for the United States District Court for the Middle District of Tennessee.

For good cause shown, that motion is granted. It is hereby ordered that Mr. Galanter be admitted pro hac vice and may actively participate in this action.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

30 August 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___8/31/05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01200 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Joel T. Galanter
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
424 Church St.
Ste. 2800
Nashville, TN 37219--232

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT