## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### Eastern Division

| | | |
|---|---|---|
| SHEILA BLANCHETT | §<br>§ | |
| Plaintiff, | §<br>§ | |
| vs. | §<br>§ | Case No. 1:05-1200-TAn |
| METROPOLITAN LIFE INSURANCE<br>COMPANY | §<br>§<br>§ | |
| Defendant. | §<br>§<br>§ | |

## JOINT SCHEDULING ORDER

In accordance with the Rule 26(f) Report of Parties' Planning Meeting, and the Court's case management conference, the following is established for this case:

1. This Court has subject matter jurisdiction of this civil action pursuant to the civil enforcement provision of ERISA, 29 U.S.C. 1132(e)(1).

2. In this action, Plaintiff has brought an ERISA claim for benefits, attorneys fees, and costs. Defendant has denied responsibility for any of these benefits, fees, and costs.

3. The parties agree that, with certain limited exceptions, civil actions for plan benefits under ERISA are generally resolved upon the parties' motions for judgment based upon the existing administrative record. Therefore, the parties do not anticipate submitting Rule 26(a) disclosures, propounding discovery, or responding to written discovery.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __11/4/05__

4.      At this juncture, Defendant has not submitted the administrative record to either the Plaintiff or the Court for inspection. Accordingly, the Defendant shall submit the administrative record by filing same with the Court and a copy to opposing counsel no later than December 15, 2005. Plaintiff shall then have a reasonable opportunity to inspect the administrative record to determine whether Plaintiff contends discovery is warranted. If Plaintiff believes discovery is required, Plaintiff shall submit a written motion to the Court explaining the basis for said discovery no later than January 2, 2006. The Defendant will have fifteen (15) days thereafter to respond to Plaintiff's motion.

5.      In the event that no further discovery is necessary and in lieu of a trial, the parties shall each file motions for judgment by March 1, 2006. Response briefs shall be due April 2, 2006. In the event either party wishes to file a reply brief, leave of court must be obtained.

IT IS SO ORDERED ON THIS ___1st___ DAY OF _November_ 2005.


_S. Thomas Anderson_

JUDGE THOMAS ANDERSON

APPROVED FOR ENTRY:

**GILBERT & RUSSELL, PLC**

Justin S. Gilbert
TN Bar No. 017079
Michael L. Russell
TN Bar No. 20268
2021 Greystone Dr.
P.O. Box 11357
Jackson, TN 38308
Telephone: 731-664-1340
Facsimile: 731-664-1540

ATTORNEYS FOR PLAINTIFF

Joel T. Galanter by JSG permission

**ADAMS & REESE LLP**

James E. Gaylord
Joel T. Galanter
424 Church St, Suite 2800
Nashville, Tennessee 37219
Telephone: 615-259-1429
Facsimile: 615-259-1740

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01200 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Joel T. Galanter
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
424 Church St.
Ste. 2800
Nashville, TN 37219--232

Honorable James Todd
US DISTRICT COURT